AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKinney, Larry J. | U.S. District Court, Southern District of Indiana | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Article III, Senior Status | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

361 Birch Bayh Federal Building and United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978-1987 | Indiana Judicial Retirement System - No control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2013 | Indiana Judicial Retirement System - Pension | $36,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Franklin College of Indiana (Spouse) - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McKinney, Larry J.** | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Mortgage - Staten Island, New York - Condominium | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab IRA (H) | A | Int./Div. | J | T | | | | | |
| 2. - Lexington Gold Mutual Fund (LEXMX) | | | | | Sold | 03/14/13 | K | C | |
| 3. - Schwab Adv Cash Reserve (SWQXX) | | | | | Buy | 03/18/13 | M | | |
| 4. | | | | | Sold | 03/20/13 | M | A | |
| 5. -iShares Trust S&P 500 (IVV) | | | | | Sold | 03/14/13 | K | D | |
| 6. -PIMCO Total Return Mutual Fund (PTTRX) | | | | | Sold | 03/14/13 | J | A | |
| 7. -iShares Tr MSCI EAFE Fund (EFA) | | | | | Sold | 03/14/13 | K | B | |
| 8. -Vanguard Appreciation Fund (VIG) | | | | | Sold | 03/14/13 | K | C | |
| 9. -Schwab US Large Cap Growth (SCHG) | | | | | Sold | 03/14/13 | K | B | |
| 10. -American Fd Growth Fund (GFAFX) | | | | | Sold | 03/14/13 | J | C | |
| 11. -Sound Shore Fund (SSHFX) | | | | | Sold | 03/14/13 | J | B | |
| 12. -Vanguard MSCI European (VGK) | | | | | Sold | 03/14/13 | J | A | |
| 13. -Schwab Emerging Mkt Eq ETF (SCHE) | | | | | Sold | 03/14/13 | L | B | |
| 14. -Vanguard Bond Index Fund (BIV) | | | | | Sold | 03/14/13 | K | A | |
| 15. -Loomis Sayles Bond Fund (LSBRX) | | | | | Sold | 03/14/13 | K | B | |
| 16. | | | | | | | | | |
| 17. State Farm Life Insurance Policy #1 - Cash Value | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State Farm Life Insurance Policy #2 - Cash Value | A | Interest | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. St. Joseph County, IN Farm - ▨ | D | Rent | M | W | | | | | |
| 21. | | | | | | | | | |
| 22. Huntington TOD Account #1 (H) | | | | | | | | | |
| 23. -Huntington Money Market (HFIXX) | A | Dividend | J | T | | | | | |
| 24. -Van Kampen Unit Trs Unit 1269 Closed End Strat Fund | D | Dividend | L | T | | | | | |
| 25. -Build Amer Bds Income Tr Unit (12008A443) | C | Dividend | L | T | | | | | |
| 26. -Invesco Unit Trs Unit 1305 ETF (46133L478) | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 27. | | | | | Buy | 07/25/13 | J | | |
| 28. | | | | | Buy | 10/25/13 | J | | |
| 29. | | | | | | | | | |
| 30. Schwab IRA #2 (H) | | | | | Closed | 03/06/13 | M | D | |
| 31. -Schwab Adv Cash Reserve (SWQXX) | | | | | | | | | |
| 32. -Lexington Gold Mutual Fd (LEXMX) | | | | | Sold | 03/06/13 | J | A | |
| 33. -American Funds Growth Fd of Amer (AGTHX) | | | | | Sold | 03/06/13 | J | A | |
| 34. -PIMCO Local Emerging Market (PELBX) | | | | | Sold | 03/06/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Dreyfus Small Cap Stock (DISSX) | | | | | Sold | 03/06/13 | J | C | |
| 36. -PIMCO Total Return Fund (PTTRX) | | | | | Sold | 03/06/13 | K | A | |
| 37. -PIMCO Unconstrained Bd Fd (PUBDX) | | | | | Sold | 03/06/13 | K | A | |
| 38. -Schwab US Large Cap Growth (SCHG) | | | | | Sold | 03/06/13 | J | B | |
| 39. -Schwab US Large Cap Value (SCHV) | | | | | Sold | 03/06/13 | K | D | |
| 40. -Oakmark Intl Fd (OAKIX) | | | | | Sold | 03/06/13 | J | B | |
| 41. -PIMCO Total Return (PTTDX) | | | | | Sold | 03/06/13 | J | A | |
| 42. -Osterweis Strategic (OSTIX) | | | | | Sold | 03/06/13 | J | A | |
| 43. -Vanguard MSCI European (VGK) | | | | | Sold | 03/06/13 | J | A | |
| 44. -Schwab Emerging Mkt ETF (SCHE) | | | | | Sold | 03/06/13 | J | A | |
| 45. -Vanguard Short-Term Bond ETF (BSV) | | | | | Sold | 03/06/13 | K | A | |
| 46. -Loomis Sayles Bond Fund (LSBRX) | | | | | Sold | 03/06/13 | J | A | |
| 47. | | | | | | | | | |
| 48. Schwab Joint Account (H) | | | | | | | | | |
| 49. -PIMCO Total Return fund (PTTDX) | A | Dividend | J | T | | | | | |
| 50. -Schwab Muni Money Fd (SWXXX) | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Salin Bank Premier Interest Checking | A | Interest | K | T | | | | | |
| 53. | | | | | | | | | |
| 54. Staten Island, New York - Condominium | | None | N | W | | | | | |
| 55. | | | | | | | | | |
| 56. Sovereign Bank Account | A | Interest | J | T | | | | | |
| 57. | | | | | | | | | |
| 58. Ameritas Life Ins Policy - Cash Value (X) | A | Interest | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. Huntington Hartford Retirement Account #1 (H) (X) | D | Interest | N | T | Open | 03/18/13 | N | | |
| 61. -Htfd Index HLS (X) | | | M | T | Buy | 03/18/13 | M | | |
| 62. -Htfd Port Diversifier HLS (X) | | | M | T | Buy | 03/18/13 | M | | |
| 63. | | | | | | | | | |
| 64. Huntington Hartford Retirement Account #2 (H) (X) | D | Interest | M | T | Open | 03/18/13 | M | | |
| 65. -Htfd Index HLS (X) | | | M | T | Buy | 03/18/13 | L | | |
| 66. -Htfd Port Diversifier HLS (X) | | | M | T | Buy | 03/18/13 | L | | |
| 67. | | | | | | | | | |
| 68. Franklin College Defined Contribution Retirement Plan (H) (X) | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -CREF U747044-8 (X) | | | J | T | | | | | |
| 70.  -T-C Lifecycl 2010-Rtmt (X) | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.) Part II - Indiana state pension for eight and a half years on the state bench from January 1978 to July 1987.

2.) Part III - Indiana state pension amount. Similar amounts should have been reported for the reporting years 2010, 2011 and 2012, and some, smaller amount for the reporting year 2009, but were inadvertently omitted because of the prior disclosure in Part II of the pension and a mis-reading of the Instructions regarding excludable pensions. Amendments for the prior years' disclosures will be forthcoming.

3.) Part VII, lines 1 through 15 - This IRA was closed in March 2013 and the assets transferred to a new account, Huntington Hartford Retirement Account #1, listed at lines 60 through 62 and designated with an "(X)." There is some small amount of cash remaining in this IRA.

4.) Part VII, lines 17 and 18 - (Part VII, Lines 24 and 25 on the 2012 Report) Insurance policies that I own on each of my two _____ . The premiums have been prepaid for both. The value indicated is the cash value.

5.) Part VII, line 20 - The most appropriate code for farm income is rent. This income represents shared income after expenses with the farmer.

6.) Part VII, lines 30 through 46 - This IRA was rolled over in March 2013 and the assets transferred to a new account, Huntington Hartford Retirement Account #2, listed at lines 64 through 66 and designated with an "(X)."

7.) Part VII, line 58 - Life insurance policy that _____ owns on me. The premiums are paid with principle in the account. Amount indicated is the cash value.

8.) Part VII, lines 60 through 62 - As previously disclosed in number 3.) above, this account received assets from the closed Schwab IRA reported at lines 1 through 15. The income during the reporting period is most accurately reported for the entire account because the amount for the Index Fund is positive, but is offset by the decrease in the Port Diversifier Fund.

9.) Part VII, lines 64 through 66 - As previously disclosed in number 6.) above, this account received funds rolled over from the IRA reported at Part VII, lines 30 through 46. The income during the reporting period is most accurately reported for the entire account because the amount for the Index Fund is positive, but is offset byt he decrease in the Port Diversifier Fund.

10.) Part VII, lines 68 through 70 - My _____ employer's pension/retirement plan account is newly reported. I was unaware until late in 2013 that the amount in the fund exceeded the reporting thresholds. The total gain for the two funds, the CREF Annuity and the T-C Lifecycle 2010-Rtmt, is reported to most accurately reflect the change in value of this pension/retirement plan.

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Larry J. McKinney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544